```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 2:11-MJ-365 GGH |
| | ) | |
| v. | ) | APPLICATION FOR UNSEALING |
| | ) | COMPLAINT |
| TIMOTHY GEVOCK, | ) | |
| | ) | |
| Defendant. | ) | |

On November 23, 2011, the complaint was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint be unsealed.

DATED: December 1, 2011                  Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney


                                         By:/s/ Kyle F. Reardon
                                            KYLE F. REARDON
                                            Assistant U.S. Attorney

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
5
6
7
8                IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,     )
                                 )
12         Plaintiff,            )   2:11-MJ-365 GGH
                                 )
13     v.                        )   ORDER UNSEALING
                                 )   COMPLAINT
14 TIMOTHY GEVOCK,               )
                                 )
15         Defendant.            )
   _____)
16
17     The government's application to unseal the complaint filed on
18 November 23, 2011, in the above-referenced case is granted.
19 SO ORDERED:
20 DATED: December 1,2011
21                        /s/ Gregory G. Hollows
                      UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28
```